## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

_____

**Tyrone Johnson**
        **Plaintiff,**


            **v.**

                                            **Civil Action No. 1:24-cv-12766-FDS**


**Suffolk University**
        **Defendant.**

_____


## JUDGMENT IN A CIVIL CASE


**SAYLOR, D.J.**


**IT IS ORDERED AND ADJUDGED:**


In accordance with the court's MEMORANDUM AND ORDER, dated Jume 9, 2026, the defendant's motion for summary of Judgment is GRANTED.


**Judgment shall enter for the defendant on all counts of the Complaint.**


                                            ROBERT M. FARRELL
                                            CLERK OF COURT


Dated: 6/9/2026                              /s/ Melonie Cooke
                                                Deputy Clerk